**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:                                                    )
                                                          )
MCMURRAIN, ROBERT DOUGLAS          )          Case No. 14-16648 SBB
XXX-XX-4818                                       )
                                                          )
                                                          )
        Debtor                                       )

APPLICATION FOR AUTHORITY TO SELL ASSETS

        Douglas E. Larson, the duly qualified and acting Trustee in this case, moves this Court for an Order authorizing him to sell debtor's 22% membership interest in Family 6 Holdings II, LLC, (the "Interest"), including all rights, claims and benefits appertaining to the Interest and all files, documents, writings and other materials with respect thereto, free and clear of all liens, to Family 6 Holdings II, LLC, c/o Marc A. Russell, Attorney for Family 6 Holdings II, LLC, 11040 Oakmont Street, Overland Park, KS  66210. This Motion is made pursuant to 11 USC 363(f) and Bankruptcy Rule 6004.   In support of this Motion, the Trustee states as follows:

        1.      Douglas E. Larson is the duly appointed, qualified, and acting Trustee for the above-referenced bankruptcy estate.

        2.      Pursuant to Section 363(b)(1) of the Bankruptcy Code, the Trustee, after notice and hearing, may sell, other than in the ordinary course of business, property of the estate.

        3.      Since the filing of the debtor's petition, it has come to the Trustee's attention that the debtor has a 22% membership interest in Family 6 Holdings II, LLC

        4.      The trustee has investigated the value of the debtor's interest in Family 6 and has determined that the LLC holds assets valued at between $1,400,000 and $1,600,000, with liabilities of $1,480,000.   Per the LLC operating agreement, the debtor's interest in the LLC is terminated upon the filing of the bankruptcy.

        6.      In addition the LLC is holding $28,657.03 of distributions owed to the debtor covering the time period of March 2012 to December 2014.   In addition the LLC has incurred legal expenses and costs in the amount of $5,067.50 to date and anticipates an additional $5000 in legal expenses associated with the debtor's interests.

        7.      The buyer, Family 6 Holdings II, LLC, has agreed to purchase the Interest for $22,000.

WHEREFORE, Trustee moves this Court for authorization to sell the property of the estate as outlined above, pursuant to 11 USC 363.

Respectfully submitted February 17, 2015　　　/s/ Douglas E. Larson

Douglas E. Larson, #8363
Chapter 7 Trustee
422 White Ave, Suite 323
Grand Junction, CO 81501
(970) 245-8021 Phone
(970) 245-0590 Fax
doug@gllblaw.com